In the Matter of the Probate of the Last Will and Testament of SOPHIE K. BLANKEMEYER, also Known as SOPHIE KING, etc., Late of Queens County, Deceased. ANNA HABERLE and Others, Appellants; CASPAR J. BLANKEMEYER and Others, Respondents.— Decree of the Surrogate's Court of Queens county construing will affirmed, with costs to the parties appearing

---

* Consol. Laws, chap. 33 (Laws of 1909, chap. 38), § 16, added by Laws of 1911, chap. 873, as amd. by Laws of 1916, chap. 507.— [REP.

on the appeal to be paid out of the estate. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.